27BD, CLOSED

# U.S. District Court
## Alabama Middle District (Montgomery)
### CRIMINAL DOCKET FOR CASE #: 2:97-cr-00131-ID-ALL
### Internal Use Only

Case title: USA v. Townsend  
Magistrate judge case number: 2:97-mj-00033

Date Filed: 06/11/1997

Assigned to: Judge Ira De Ment

**Defendant**

| | | |
|---|---|---|
| **John Henry Townsend** (1)<br>*TERMINATED: 10/27/1997* | represented by | **Barry Elvin Teague**<br>138 Adams Avenue<br>P. O. Box 586<br>Montgomery, AL 36101<br>(334) 834-4500<br>Fax: 834-4501<br>Email: beteague36@aol.com<br>*TERMINATED: 10/27/1997*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**David B. Byrne, III**<br>Beasley Allen Crown Methvin Portis & Miles PC<br>PO Box 4160<br>Montgomery, AL 36103-4160<br>334-269-2343<br>Fax: 954-7555<br>Email: david.byrne@beasleyallen.com<br>*TERMINATED: 06/25/1997*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment*<br><br>**Jon A. May**<br>May & Cohen PA<br>110 SE 6th Street<br>1970 AutoNation Tower<br>Fort Lauderdale, FL 33301<br>(954) 761-7201<br>Fax: 767-8343 |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Malcolm Rance Newman**
Malcolm R. Newman, PC
P.O. Box 6137
Dothan, AL 36302-6137
(334) 792-2132
Fax: 671-8341
Email: mnewman470@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Richard J. Spurlin**
Stokes & Morrow
P. O. Box 356
Elba, AL 36323-0356
(334) 897-2894
Fax: 897-6824
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

21:841(a)(1) DISTB OF COCAINE
BASE - NMT $4,000,000; [*]; NLT
10Y NMT LIFE, B; NLT 5Y SUP REL;
VWPA; G-LINES; $100 SA
(1)

**Disposition**

169 months imprisonment, Court
recommends that defendant receive
drug counseling; 5 years supervised
release; $100 Assessment

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

## Plaintiff

**United States of America** represented by **Charles F. Teschner**
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 223-7560
*TERMINATED: 04/27/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kent B. Brunson**
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 223-7560
Email: Kent.Brunson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/07/1997 | 1 | COMPLAINT as to John Henry Townsend [ 2:97-m -33 ] (sql) (Entered: 05/07/1997) |
| 05/07/1997 | 2 | Arrest WARRANT issued as to John Henry Townsend [ 2:97-m -33 ] (sql) (Entered: 05/07/1997) |
| 05/07/1997 | | ARREST of John Henry Townsend [ 2:97-m -33 ] (sql) (Entered: 05/07/1997) |
| 05/07/1997 | 3 | CJA 23 FINANCIAL AFFIDAVIT by John Henry Townsend [ 2:97-m -33 ] (sql) (Entered: 05/07/1997) |
| 05/07/1997 | | Initial appearance as to John Henry Townsend held before Mag. Judge John L. Carroll on 5/7/97 (Defendant informed of rights.) [ 2:97-m -33 ] (sql) (Entered: 05/07/1997) |
| 05/07/1997 | 4 | Courtroom Deputy's Minutes as to John Henry Townsend of initial appearance.: [ 2:97-m -33 ] (sql) (Entered: 05/07/1997) |
| 05/07/1997 | 5 | ORDER Setting Conditions of Release as to John Henry Townsend Bond set to $25,000 non-surety for John Henry Townsend. ( Signed by Mag. Judge John L. Carroll ) , Copies furnished to: usa, ptso, fpd & usm [ 2:97-m -33 ] (sql) (Entered: 05/07/1997) |
| 05/07/1997 | 6 | BOND entered by John Henry Townsend Bond set to $25,000 non-surety for John Henry Townsend. [ 2:97-m -33 ] (sql) (Entered: 05/07/1997) |

| Date | # | Description |
|---|---|---|
| 05/07/1997 | 7 | Arrest WARRANT Returned Executed as to John Henry Townsend on 5/7/97 [ 2:97-m -33 ] (nhr) (Entered: 05/08/1997) |
| 05/07/1997 | | **Added Government Attorney Charles F. Teschner as to John Henry Townsend [ 2:97-m -33 ] (sql) (Entered: 05/20/1997) |
| 05/07/1997 | | ORAL ORDER as to John Henry Townsend , Appointing Federal Public Defender ( Entered by Mag. Judge John L. Carroll ) [ 2:97-m -33 ] (sql) (Entered: 05/20/1997) |
| 05/07/1997 | | **Added party John Henry Townsend - 4073 Bonfield Dr., Montgomery, AL 36116 [ 2:97-m -33 ] Defendant's new address as of 7/3/97 is: c/o Montgomery City Jail, P. O. Box 159, Montgomery, AL 36101. NEW ADDRESS: REG. NO. 10000-002, FCI MARIANNA - NAVAJO-B, P. O. BOX 7007, MARIANNA, FL 32447-7007 (sql) Modified on 09/16/1998 (Entered: 05/20/1997) |
| 05/08/1997 | 8 | ORDER as to John Henry Townsend, set Preliminary Examination for 9:00 5/20/97 for John Henry Townsend before Mag. Judge John L. Carroll in Third Floor Courtroom ( Signed by Mag. Judge John L. Carroll ) Copies mailed to: Counsel, defendant, Copies furnished to: USA, USM, USPO, USPTS, STAN, MARIE [ 2:97-m -33 ] (nhr) Modified on 05/08/1997 (Entered: 05/08/1997) |
| 05/08/1997 | | **Reset last document number to 8 [ 2:97-m -33 ] (nhr) (Entered: 05/08/1997) |
| 05/13/1997 | 9 | NOTICE of Appearance for John Henry Townsend by Attorney William Rufus King [ 2:97-m -33 ] (sql) (Entered: 05/14/1997) |
| 05/16/1997 | 10 | MOTION by John Henry Townsend to Substitute Attorney John William Focke, II for William R. King [10-1] referred to Mag. Judge John L. Carroll [ 2:97-m -33 ] (nhr) (Entered: 05/19/1997) |
| 05/20/1997 | | Preliminary Examination as to John Henry Townsend held before Mag. Judge John L. Carroll on 5/20/97 [ 2:97-m -33 ] (sql) (Entered: 05/20/1997) |
| 05/20/1997 | 11 | Courtroom Deputy's Minutes and witness list as to John Henry Townsend of preliminary hearing.: [ 2:97-m -33 ] (sql) (Entered: 05/20/1997) |
| 05/20/1997 | 12 | ORDER as to John Henry Townsend binding him over to the District Court for further action. ( Signed by Mag. Judge John L. Carroll ) , Copies furnished to: usa, ptso, fpd & usm [ 2:97-m -33 ] (sql) (Entered: 05/20/1997) |
| 05/21/1997 | 13 | MOTION by John Henry Townsend for John W. Focke & William King to Withdraw as Attorney [13-1] referred to Mag. Judge John L. Carroll [ 2:97-m -33 ] (sql) (Entered: 05/22/1997) |
| 05/23/1997 | 14 | ORDER as to John Henry Townsend granting [13-1] motion for John W. Focke & William King to Withdraw as Attorney (Terminated as to John Henry Townsend (1) ( Signed by Mag. Judge John L. Carroll ) , Copies |

| | | |
|---|---|---|
| | | furnished to: usa, ptso, fpd & usm [ 2:97-m -33 ] (sql) (Entered: 05/23/1997) |
| 05/23/1997 | 15 | CJA 20 as to John Henry Townsend : Appointment of Attorney David B. Byrne III Voucher # 0777839 ( Signed by Mag. Judge John L. Carroll ) Copies mailed to: counsel, [ 2:97-m -33 ] (sql) (Entered: 05/27/1997) |
| 05/23/1997 | | **Terminated attorney John William Focke for John Henry Townsend, attorney William Rufus King for John Henry Townsend [ 2:97-m -33 ] (ekl) (Entered: 06/12/1997) |
| 06/11/1997 | 16 | INDICTMENT as to John Henry Townsend (1) count(s) 1 (ekl) (Entered: 06/12/1997) |
| 06/11/1997 | 17 | SUMMONS issued for John Henry Townsend to appear for ARRAIGNMENT 6-25-97, 10am, 3rd floor, before Judge McPherson (ekl) (Entered: 06/12/1997) |
| 06/11/1997 | | **Added Government Attorney Charles F. Teschner as to John Henry Townsend (ekl) (Entered: 06/12/1997) |
| 06/11/1997 | | Magistrate Judge Vanzetta Penn McPherson assigned to case for discovery matters as well as matters subsequently referred by District Unassigned Judge . (ekl) (Entered: 06/12/1997) |
| 06/11/1997 | | **Added ip party John Henry Townsend, 4073 Bonfield Dr, Montg, AL 36116, Ph 334/281-6848. (ekl) (Entered: 06/12/1997) |
| 06/11/1997 | | ARRAIGNMENT as to John Henry Townsend set for 10:00 6/25/97 for John Henry Townsend at Third Floor Courtroom before Mag Judge Vanzetta P. McPherson (ekl) (Entered: 06/12/1997) |
| 06/16/1997 | 18 | ARRAIGNMENT NOTICE as to John Henry Townsend ; Arraignment at 10:00 6/25/97 for John Henry Townsend at Third Floor Courtroom before Mag Judge Vanzetta P. McPherson ; ARRAIGNMENT Notice sent to ATTORNEYS; to John Henry Townsend for interested party John Henry Townsend, David B. Byrne III defendant John Henry Townsend, Charles F. Teschner for plaintiff USA (dkt clerk) (Entered: 06/16/1997) |
| 06/17/1997 | 19 | SUMMONS Returned Executed as to John Henry Townsend 6/13/97 by Certified Mail with return receipt (nhr) (Entered: 06/17/1997) |
| 06/25/1997 | | **Terminated attorney David B. Byrne for John Henry Townsend (sql) (Entered: 06/25/1997) |
| 06/25/1997 | | **Added for John Henry Townsend Attorney Barry Elvin Teague (sql) (Entered: 06/25/1997) |
| 06/25/1997 | | ARRAIGNMENT as to John Henry Townsend held before Mag Judge Vanzetta P. McPherson on 6/25/97 Defendant(s) appeared with counsel and after having been advised of Defendant(s') rights, entered a plea of not guilty. (sql) (Entered: 06/25/1997) |

| | | |
|---|---|---|
| 06/25/1997 | | PLEA of Not Guilty: John Henry Townsend (1) count(s) 1 ; Court accepts plea. (sql) (Entered: 06/25/1997) |
| 06/25/1997 | 20 | Courtroom Deputy's Minutes as to John Henry Townsend of arraignment.: (sql) (Entered: 06/25/1997) |
| 06/26/1997 | 21 | ORDER on Arraignment as to John Henry Townsend directing that Discovery is due on or before 7/9/97 for John Henry Townsend Pretrial Motions due by 7/9/97 for John Henry Townsend ; Pretrial set 9:30 7/14/97 for John Henry Townsend in Room 330 Courtroom before Mag Judge Vanzetta P. McPherson Jury Trial set 10:00 8/11/97 for John Henry Townsend in Second Floor Courtroom before Judge Myron H. Thompson Jury Selection 10:00 8/11/97 for John Henry Townsend in Second Floor Courtroom before Judge Myron H. Thompson and government response to pretrial motions due 10 days from motion filing date. ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: counsel, Copies furnished to: USA,USPO,USM,USPTS (dkt clerk) (Entered: 06/26/1997) |
| 06/27/1997 | 22 | MOTION by USA as to John Henry Townsend for Court to revoke bond. [22-1] referred to Mag Judge Vanzetta P. McPherson (dkt clerk) (Entered: 06/30/1997) |
| 06/30/1997 | | TRANSCRIPT filed in case as to John Henry Townsend for date of 5/20/97 preliminary hearing held before Mag. Judge John L. Carroll. (dkt clerk) (Entered: 06/30/1997) |
| 06/30/1997 | 23 | Petition by Pretrial Services as to John Henry Townsend for action on conditions of pretrial release and order (rendered 7-1-97) granting the issuance of a warrant for arrest. (dkt clerk) (Entered: 07/01/1997) |
| 07/01/1997 | | Final probation revocation hearing as to John Henry Townsend set for 4:00 7/1/97 at Third Floor Courtroom before Mag. Judge John L. Carroll (sql) (Entered: 07/01/1997) |
| 07/01/1997 | 24 | Warrant for arrest of pretrial releasee. (Delivered to U.S. Marshal.) (dkt clerk) (Entered: 07/01/1997) |
| 07/01/1997 | | CASE temporarily unassigned. (dkt clerk) (Entered: 07/01/1997) |
| 07/01/1997 | 25 | ORDER as to John Henry Townsend, Motion hearing set for 9:00 7/3/97 for John Henry Townsend before Mag Judge Vanzetta P. McPherson in Room 330 Courtroom re: [22-1] motion for Court to revoke bond ; directing pretrial services assigned to this case prepare a written report on the alleged violation and a recommendation for the Court; directing the Clerk to forward copies of this order to counsel of record and to pretrial services via facsimile. ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: counsel, faxed; Copies furnished to: USA,USPO,USM,USPTS ,MT,SC,faxed to USPTS. (dkt clerk) Modified on 07/01/1997 (Entered: 07/01/1997) |
| 07/02/1997 | 26 | Arrest WARRANT for pretrial releasee returned executed as to John Henry Townsend on 7/2/97 (dkt clerk) (Entered: 07/02/1997) |

| 07/03/1997 | | CASE reassigned to Judge Ira De Ment (dkt clerk) (Entered: 07/03/1997) |
|---|---|---|
| 07/03/1997 | | Bond Revocation Hearing as to John Henry Townsend held before Mag Judge Vanzetta P. McPherson on 7/3/97 (snc) (Entered: 07/03/1997) |
| 07/03/1997 | 27 | Courtroom Deputy's Minutes of Bond Revocation Hearing as to John Henry Townsend: Order to issue REVOKING BOND. Witness List attached. Tape 1423 (snc) (Entered: 07/03/1997) |
| 07/03/1997 | | **Terminated (hearing) deadlines as to John Henry Townsend (snc) (Entered: 07/03/1997) |
| 07/07/1997 | | **Location LC as to John Henry Townsend (nhr) (Entered: 07/07/1997) |
| 07/07/1997 | 28 | ORDER as to John Henry Townsend granting [23-1] Pretrial Services Petition as to John Henry Townsend (1); that defendant entered a plea of Guilty to said petition; that defendant's Pretrial Release is hereby REVOKED; that Defendant is remanded to the custody of the U. S. Marshal. ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: Counsel, Copies furnished to: USA, USM, USPO, USPTS, Ridge (nhr) (Entered: 07/07/1997) |
| 07/07/1997 | 29 | NOTICE OF APPEAL of Conditions of Release by John Henry Townsend to the U.S. District Court. referred to Judge De Ment. (dkt clerk) (Entered: 07/08/1997) |
| 07/09/1997 | 30 | JOINT MOTION by John Henry Townsend and U. S. A. to cancel Pretrial Conference [30-1] referred to Mag Judge Vanzetta P. McPherson (nhr) (Entered: 07/09/1997) |
| 07/10/1997 | 31 | ORDER as to John Henry Townsend affirming [28-1] order ( Signed by Judge Ira De Ment ) Copies mailed to: Counsel, Copies furnished to: USA, USM, USPO, USPTS, RL (dkt clerk) (Entered: 07/10/1997) |
| 07/10/1997 | | **Remove appeal flag - no further appeals pending (dkt clerk) (Entered: 07/10/1997) |
| 07/14/1997 | | STAMPED ORDER as to John Henry Townsend granting [30-1] joint motion to cancel Pretrial Conference as to John Henry Townsend (1) ( Entered by Mag Judge Vanzetta P. McPherson ) Copies mailed to: counsel, Copies furnished to: USA, PO, PTSO, USM,SC (dkt clerk) (Entered: 07/15/1997) |
| 07/15/1997 | | Deadline updated as to John Henry Townsend, reset Jury Trial on 10:00 8/11/97 for John Henry Townsend before Judge Ira De Ment in First Floor Courtroom (dkt clerk) (Entered: 07/15/1997) |
| 07/15/1997 | | **Terminated deadlines as to John Henry Townsend (dkt clerk) (Entered: 07/15/1997) |
| 07/15/1997 | | **Terminated document(s) as to John Henry Townsend : terminating [22-1] motion for Court to revoke bond. as to John Henry Townsend (1), terminating [10-1] motion to Substitute Attorney John William Focke, II |

| | | |
|---|---|---|
| | | for William R. King as to John Henry Townsend (1) (dkt clerk) (Entered: 07/15/1997) |
| 07/18/1997 | 32 | TRIAL NOTICE as to John Henry Townsend ; Trial set for 10:00 8/11/97 for John Henry Townsend at Second Floor Courtroom ; TRIAL Notice to ATTORNEYS Barry Elvin Teague for defendant John Henry Townsend, Charles F. Teschner for plaintiff USA ; Clothing Notice mailed.; furnished to USM, PO, PTSO; mailed to defendant. Notice to retained counsel mailed to Barry E. Teague. (dkt clerk) (Entered: 07/18/1997) |
| 07/28/1997 | 33 | Proposed Jury Instructions by USA as to John Henry Townsend (Nos. 1 - 10). Referred to Judge DeMent. (nhr) (Entered: 07/28/1997) |
| 08/04/1997 | 34 | Proposed Jury Instructions by John Henry Townsend (Nos. 1 - 12). Referred to Judge DeMent. (nhr) (Entered: 08/04/1997) |
| 08/05/1997 | 35 | Requested Voir Dire Questions by John Henry Townsend. Referred to Judge DeMent. (nhr) (Entered: 08/05/1997) |
| 08/11/1997 | | Voir dire begun as to John Henry Townsend (1) count(s) 1 before Judge Thompson. (dkt clerk) (Entered: 08/14/1997) |
| 08/11/1997 | | Jury selection as to John Henry Townsend held before Judge Myron H. Thompson on 8/11/97; trial set to commence 8/13/97 at 9:00 before Judge DeMent. (dkt clerk) (Entered: 08/14/1997) |
| 08/13/1997 | | Jury trial as to John Henry Townsend held before Judge Ira De Ment on 8/13/97 and 8/14/97 (dkt clerk) (Entered: 08/14/1997) |
| 08/13/1997 | | MOTION in open court by USA as to John Henry Townsend to Amend indictment to correct date from March 30, 1996 to April 30, 1996. (dkt clerk) (Entered: 08/14/1997) |
| 08/13/1997 | | ORAL ORDER as to John Henry Townsend granting [0-0] oral motion to Amend indictment to correct date from March 30, 1996 to April 30, 1996. as to John Henry Townsend (1) ( Entered by Judge Ira De Ment ) (dkt clerk) (Entered: 08/14/1997) |
| 08/13/1997 | | MOTION in open court by John Henry Townsend for Judgment of Acquittal at the conclusion of government's case (dkt clerk) (Entered: 08/14/1997) |
| 08/13/1997 | | ORAL ORDER as to John Henry Townsend denying [0-0] oral motion for Judgment of Acquittal at the conclusion of government's case as to John Henry Townsend (1) ( Entered by Judge Ira De Ment ) (dkt clerk) (Entered: 08/14/1997) |
| 08/14/1997 | 36 | Jury question filed as to John Henry Townsend; Re: definition of "distribution". (dkt clerk) (Entered: 08/14/1997) |
| 08/14/1997 | 37 | JURY VERDICT of Guilty: John Henry Townsend (1) count(s) 1 (dkt clerk) (Entered: 08/14/1997) |

| Date | # | Description |
|---|---|---|
| 08/14/1997 | 38 | ORDER as to John Henry Townsend, set Sentencing for 10:00 10/27/97 for John Henry Townsend at U.S. Courthouse before Judge Ira De Ment in U.S. Courthouse; that any objections to the PSI Report shall be made in writing to the probation officer on or before 10/6/97; scheduling a meeting for the parties with the probation officer for 2:00 p.m. 10/7/97 ( Signed by Judge Ira De Ment ) Copies mailed to: counsel, Copies furnished to: USA, PO, PTSO, USM, MT (dkt clerk) (Entered: 08/14/1997) |
| 08/14/1997 | 39 | Courtroom Deputy's Minutes of Jury trial as to John Henry Townsend with attached lists of witnesses and exhibits. : (dkt clerk) (Entered: 08/14/1997) |
| 08/21/1997 | 40 | MOTION by John Henry Townsend for Judgment of Acquittal , or in the alternative for New Trial [40-1] referred to Judge Ira De Ment, [40-2] referred to Judge Ira De Ment (dkt clerk) (Entered: 08/22/1997) |
| 08/27/1997 | 41 | ORDER as to USA, Response to Motion deadline set for 9/2/97 for USA to respond to defendant's [40-2] motion for New Trial ( Signed by Judge Ira De Ment ) Copies mailed to: counsel, Copies furnished to: USA, PO (dkt clerk) (Entered: 08/27/1997) |
| 08/29/1997 | 42 | RESPONSE by USA as to John Henry Townsend re [40-2] motion for New Trial referred to Judge Ira De Ment (dkt clerk) (Entered: 09/02/1997) |
| 09/03/1997 | | STAMPED ORDER as to John Henry Townsend denying [40-1] motion for Judgment of Acquittal as to John Henry Townsend (1), denying [40-2] motion for New Trial as to John Henry Townsend (1) ( Entered by Judge Ira De Ment ) Copies mailed to: Counsel, Copies furnished to: USA, USM, USPO, USPTS, Ridge (nhr) (Entered: 09/03/1997) |
| 09/29/1997 | 43 | SENTENCING NOTICE as to John Henry Townsend ; Sentencing set for 10:00 10/27/97 for John Henry Townsend at First Floor Courtroom ; SENTENCING Notice sent to ATTORNEYS Barry Elvin Teague for defendant John Henry Townsend, Charles F. Teschner for plaintiff USA ; Copies furnished to: USM, PO, PTSO; mailed to deft. (dkt clerk) (Entered: 09/29/1997) |
| 09/30/1997 | 44 | CJA 20 Authorization to pay David B. Byrne III for defendant John Henry Townsend , Amount: $ 248.42 Voucher # 0777839 ( Signed by Judge Ira De Ment ) , (nhr) (Entered: 09/30/1997) |
| 10/27/1997 | 45 | MOTION by John Henry Townsend for Barry E. Teague to Withdraw as Attorney [45-1] referred to Judge Ira De Ment (dkt clerk) (Entered: 10/27/1997) |
| 10/27/1997 | | Sentencing held before Judge Ira De Ment on 10/27/97 John Henry Townsend (1) count(s) 1 (dkt clerk) (Entered: 10/29/1997) |
| 10/27/1997 | 46 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to John Henry Townsend (dkt clerk) (Entered: 10/29/1997) |

| | | |
|---|---|---|
| 10/27/1997 | 47 | ORDER as to John Henry Townsend; SEALING the PSI Report; that if an appeal is taken, the report shall be transmitted to the appellate Court under seal; that counsel may obtain copies as further set out in order ( Signed by Judge Ira De Ment ) Copies mailed to: counsel, Copies furnished to: USA, PO (dkt clerk) (Entered: 10/29/1997) |
| 10/27/1997 | 48 | Courtroom Deputy's Minutes with lists of exhibits and witnesses of 10/27/97 sentencing hearing as to John Henry Townsend : COURT REPORTER: JAMES R. DICKENS. (dkt clerk) (Entered: 10/29/1997) |
| 10/27/1997 | | STAMPED ORDER as to John Henry Townsend granting [45-1] motion for Barry E. Teague to Withdraw as Attorney (Terminated attorney Barry Elvin Teague for John Henry Townsend as to John Henry Townsend (1) ( Entered by Judge Ira De Ment ) Copies mailed to: counsel, Copies furnished to: USA, PO, PTSO (dkt clerk) (Entered: 10/29/1997) |
| 10/29/1997 | 49 | JUDGMENT John Henry Townsend (1) count(s) 1. 169 months imprisonment, Court recommends that defendant receive drug counseling; 5 years supervised release; $100 Assessment ( Signed by Judge Ira De Ment ) Copies mailed to: counsel, Copies furnished to: USA, PO, PTSO, USM, FINANCIAL (dkt clerk) (Entered: 10/29/1997) |
| 10/29/1997 | | **Case closed as to John Henry Townsend (all defendants). (dkt clerk) (Entered: 10/29/1997) |
| 11/03/1997 | 50 | NOTICE of Appearance for John Henry Townsend by Attorney Malcolm Rance Newman (dkt clerk) (Entered: 11/03/1997) |
| 11/03/1997 | 51 | NOTICE OF APPEAL by John Henry Townsend (1) count(s) 1 to U.S. Circuit Court of Appeals, 11th Circuit, from the conviction entered on August 14, 1997 & sentence imposed on October 27, 1997. Copies mailed to: Counsel, Defendant, USCA, Copies furnished to: USA, USM, USPO (dkt clerk) Modified on 11/03/1997 (Entered: 11/03/1997) |
| 11/03/1997 | | Notice of appeal and certified copy of docket, Judgments/Orders, and Magistrate Judge recommendations as to John Henry Townsend sent to USCA (11th Circuit): [51-1] appeal (dkt clerk) (Entered: 11/03/1997) |
| 11/21/1997 | | USCA Case Number as to John Henry Townsend Re: [51-1] appeal USCA Number: 97-6884 (dkt clerk) (Entered: 11/26/1997) |
| 11/24/1997 | 52 | Judgment Returned Executed as to John Henry Townsend on 11/19/97 (nhr) (Entered: 12/02/1997) |
| 12/15/1997 | | Received $100 toward Assessment by John Henry Townsend. Receipt #69030. (nhr) (Entered: 01/06/1998) |
| 12/31/1997 | | USCA appeal fees received from Attorney Malcolm R. Newman FILING FEE $ 105.00 RECEIPT # 68995 as to John Henry Townsend Re: [51-1] appeal (dkt clerk) (Entered: 12/31/1997) |
| 01/08/1998 | 53 | Satisfaction of Judgment as to Monetary Imposition by USA as to John Henry Townsend (nhr) (Entered: 01/08/1998) |

| | | |
|---|---|---|
| 01/12/1998 | | TRANSCRIPT filed [James Dickens] as to John Henry Townsend for dates of 8/13/97 Jury Trial, Jury Charge & Jury Verdict Read. Certificate of Readiness due on 1/26/98 for John Henry Townsend [51-1] appeal (dkt clerk) (Entered: 01/14/1998) |
| 01/12/1998 | | TRANSCRIPT filed [James Dickens] as to John Henry Townsend for dates of 10/27/97 Sentence Hearing. Certificate of Readiness due on 1/26/98 for John Henry Townsend [51-1] appeal (dkt clerk) (Entered: 01/14/1998) |
| 02/05/1998 | | CERTIFICATE OF READINESS of record on appeal mailed to USCA, 11th Circuit and counsel: as to John Henry Townsend [51-1] appeal by John Henry Townsend (dkt clerk) (Entered: 02/05/1998) |
| 02/20/1998 | | TRANSCRIPT filed in case as to John Henry Townsend for dates of 6/25/97. (Arraignment before Magistrate Judge McPherson.) (dkt clerk) (Entered: 02/20/1998) |
| 02/23/1998 | | **Reset last document number to 53 (dkt clerk) (Entered: 02/23/1998) |
| 07/01/1998 | | **Reset last document number to 53 (dkt clerk) (Entered: 07/01/1998) |
| 07/27/1998 | | **Reset last document number to 53 (dkt clerk) (Entered: 07/27/1998) |
| 08/14/1998 | 54 | NOTICE of Appearance for John Henry Townsend by Attorney Richard J. Spurlin (retained) (nhr) (Entered: 08/14/1998) |
| 08/14/1998 | 55 | RENEWED MOTION by John Henry Townsend for New Trial [55-1] with attachments. Referred to Judge Ira De Ment (nhr) (Entered: 08/14/1998) |
| 08/14/1998 | 56 | MOTION by John Henry Townsend for Expeditious Hearing on Renewed Motion for New Trial [56-1] referred to Judge Ira De Ment (nhr) (Entered: 08/14/1998) |
| 08/17/1998 | 57 | ORDER as to John Henry Townsend, Response to Motion reset for 8/24/98 for John Henry Townsend for [55-1] motion for New Trial ( Signed by Judge Ira De Ment ) Copies mailed to: counsel, Copies furnished to: USA (dkt clerk) (Entered: 08/17/1998) |
| 08/20/1998 | 58 | Exhibit by John Henry Townsend in support of motion for new trial. Referred to Judge DeMent. (dkt clerk) (Entered: 08/20/1998) |
| 08/21/1998 | 59 | MOTION by USA as to John Henry Townsend to Extend Time [59-1] referred to Judge Ira De Ment (nhr) (Entered: 08/24/1998) |
| 08/27/1998 | 60 | MEMORANDUM by John Henry Townsend in opposition to [59-1] motion to Extend Time. Referred to Judge DeMent. (dkt clerk) (Entered: 08/27/1998) |
| 08/28/1998 | | STAMPED ORDER as to John Henry Townsend granting [59-1] motion to Extend Time as to John Henry Townsend (1), Response to Motion reset for 9/4/98 for John Henry Townsend for [55-1] motion for New Trial ( Entered by Judge Ira De Ment ) Copies mailed to: counsel, Copies |

| Date | # | Description |
|---|---|---|
| | | furnished to: USA, PO (dkt clerk) (Entered: 08/28/1998) |
| 09/01/1998 | 61 | RESPONSE by USA as to John Henry Townsend re [55-1] renewed motion for New Trial referred to Judge Ira De Ment (dkt clerk) (Entered: 09/02/1998) |
| 09/02/1998 | | STAMPED ORDER as to John Henry Townsend denying [55-1] motion for New Trial as to John Henry Townsend (1) ( Entered by Judge Ira De Ment ) Copies mailed to: counsel, Copies furnished to: USA, USM, PO (dkt clerk) (Entered: 09/02/1998) |
| 09/16/1998 | 62 | MOTION by John Henry Townsend for Reconsideration of [0-0] order dated 9/2/98 [62-1] referred to Judge Ira De Ment (nhr) (Entered: 09/16/1998) |
| 09/17/1998 | 63 | MOTION by John Henry Townsend for Reconsideration of [0-0] order dated 9/2/98 denying defendant's renewed motion for trial trial [63-1] referred to Judge Ira De Ment (dkt clerk) (Entered: 09/17/1998) |
| 09/24/1998 | | STAMPED ORDER as to John Henry Townsend denying [62-1] motion for Reconsideration of [0-0] order dated 9/2/98 as to John Henry Townsend (1) ( Entered by Judge Ira De Ment ) Copies mailed to: counsel, Copies furnished to: USA (dkt clerk) (Entered: 09/24/1998) |
| 09/24/1998 | | STAMPED ORDER as to John Henry Townsend denying [63-1] motion for Reconsideration of [0-0] order dated 9/2/98 denying defendant's renewed motion for new trial as to John Henry Townsend (1) ( Entered by Judge Ira De Ment ) Copies mailed to: counsel, Copies furnished to: USA (dkt clerk) (Entered: 09/24/1998) |
| 10/05/1998 | 64 | NOTICE OF APPEAL by John Henry Townsend to U.S. Circuit Court of Appeals, 11th Circuit, from the orders entered on 9/24/98. Copies mailed to: Defendant, USCA; Copies furn: USA, USPO (dkt clerk) Modified on 11/04/1998 (Entered: 10/16/1998) |
| 10/16/1998 | | Notice of appeal and certified copy of docket, Judgments/Orders, and Magistrate Judge recommendations as to John Henry Townsend sent to USCA (11th Circuit): [64-1] appeal (dkt clerk) (Entered: 10/16/1998) |
| 10/21/1998 | | USCA Case Number Re: [64-1] appeal by John Henry Townsend, [51-1] appeal by John Henry Townsend USCA NUMBER: 98-6811 (kcg) (Entered: 10/22/1998) |
| 11/02/1998 | | USCA appeal fees received from John Henry Townsend $ 105.00 Receipt # 74042 (kcg) (Entered: 11/03/1998) |
| 11/02/1998 | 65 | Motion For Provision of Grand Jury Transcripts, and Other Documents (construed) as a DESIGNATION of Record on Appeal by John Henry Townsend [64-1] appeal. (dkt clerk) (Entered: 11/04/1998) |
| 11/02/1998 | 65 | MOTION by John Henry Townsend For Provision of GRAND JURY Transcripts and other documents [65-1] referred to Judge Ira De Ment (dkt clerk) (Entered: 12/01/1998) |

Case 2:05-cv-00477-ID-VPM   Document 1-2   Filed 05/23/2005   Page 13 of 20

| Date | No. | Description |
| --- | --- | --- |
| 11/24/1998 | | REQUEST for Record on Appeal from USCA re: [51-1] appeal by John Henry Townsend [98-6884] (dkt clerk) (Entered: 12/02/1998) |
| 11/30/1998 | | STAMPED ORDER as to John Henry Townsend denying [65-1] motion For Provision of GRAND JURY Transcripts and other documents as to John Henry Townsend (1) ( Entered by Judge Ira De Ment ) Copies mailed to: Defendant, USCA, 11th Cir., Copies furnished to: USA, USPO (dkt clerk) (Entered: 12/01/1998) |
| 12/01/1998 | | CERTIFICATE OF READINESS of record on appeal mailed to USCA, 11th Circuit and counsel: as to John Henry Townsend [64-1] appeal by John Henry Townsend (dkt clerk) Modified on 12/01/1998 (Entered: 11/20/1998) |
| 12/02/1998 | | Certified and transmitted record on appeal to U.S. Court of Appeals (11th Circuit) as to John Henry Townsend : [51-1] appeal [98-6884] (dkt clerk) (Entered: 12/02/1998) |
| 12/07/1998 | | ACKNOWLEDGEMENT of RECEIPT of RECORD ON APPEAL from USCA Re: [64-1] appeal by John Henry Townsend, [51-1] appeal by John Henry Townsend USCA Number: 98-6884 (dkt clerk) (Entered: 12/08/1998) |
| 12/30/1998 | 66 | Petitioner's Rule 60(b)(3) motion. [66-1] referred to Judge Ira De Ment (dkt clerk) (Entered: 12/30/1998) |
| 12/30/1998 | | STAMPED ORDER as to John Henry Townsend denying [66-1] motion Petitioner's Rule 60(b)(3) motion. as to John Henry Townsend (1) ( Entered by Judge Ira De Ment ) Copies mailed to: petitioner, Copies furnished to: USA (dkt clerk) (Entered: 12/30/1998) |
| 01/13/1999 | 67 | NOTICE OF APPEAL by John Henry Townsend to the U.S. Court of Appeals, Eleventh Circuit from the order denying defendant's Rule 60(b)(3) entered in this action on 12/30/98. (Copies mailed to John Henry Townsend, with appeal information sheet & certified copy to USCA with copy of stamped order appealed from and docket entries.) (dkt clerk) Modified on 04/04/2000 (Entered: 01/14/1999) |
| 01/14/1999 | | Notice of appeal and certified copy of docket, Judgments/Orders, and Magistrate Judge recommendations as to John Henry Townsend sent to USCA (11th Circuit): [67-1] appeal (dkt clerk) (Entered: 01/14/1999) |
| 01/27/1999 | | USCA Case Number as to John Henry Townsend Re: [67-1] appeal USCA Number: 99-6044 (dkt clerk) (Entered: 01/28/1999) |
| 01/29/1999 | 68 | MOTION by John Henry Townsend to Proceed on Appeal in Forma Pauperis [68-1] referred to Judge Ira De Ment (dkt clerk) (Entered: 01/29/1999) |
| 02/02/1999 | 69 | ORDER as to John Henry Townsend denying [68-1] motion to Proceed on Appeal in Forma Pauperis as to John Henry Townsend (1) ( Signed by Judge Ira De Ment ) Copies mailed to: John Henry Townsend, USCA, |

| Date | No. | Description |
|---|---|---|
| | | Copies furnished to: USA (kcg) (Entered: 02/02/1999) |
| 02/23/1999 | | REQUEST for Record On Appeal from USCA re: [67-1] appeal by John Henry Townsend, [64-1] appeal by John Henry Townsend, [51-1] appeal by John Henry Townsend (kcg) (Entered: 03/01/1999) |
| 03/01/1999 | | Certified and transmitted Record on Appeal (1) Volume of Pleadings to U.S. Court of Appeals: [67-1] appeal by John Henry Townsend, [64-1] appeal by John Henry Townsend, [51-1] appeal by John Townsend (kcg) Modified on 03/01/1999 (Entered: 03/01/1999) |
| 03/08/1999 | | ACKNOWLEDGEMENT of RECEIPT of RECORD ON APPEAL from USCA Re: [67-1] appeal by John Henry Townsend, [64-1] appeal by John Henry Townsend, [51-1] appeal by John Henry Townsend (kcg) (Entered: 03/10/1999) |
| 03/10/1999 | | ACKNOWLEDGEMENT of RECEIPT of RECORD ON APPEAL from USCA Re: [67-1] appeal by John Henry Townsend, [64-1] appeal by John Henry Townsend, [51-1] appeal by John Henry Townsend (kcg) (Entered: 03/15/1999) |
| 05/26/1999 | | Received copy of PER CURIAM OPINION entered 3/16/99 of the USCA, 11th Circuit. [97-6884] (dkt clerk) (Entered: 06/01/1999) |
| 05/26/1999 | 70 | JUDGMENT OF USCA issued as MANDATE on 5/25/99 (certified copy) as to John Henry Townsend Re: [51-1] appeal affirming judgment/order John Henry Townsend (1) count(s) 1 Copies mailed to: Defendant, Copies furnished to: USA, USPO, Judge De Ment (dkt clerk) (Entered: 06/01/1999) |
| 05/26/1999 | | SEAED PSI REPORT as to John Henry Townsend returned by USCA, 11th Circuit. (dkt clerk) (Entered: 06/01/1999) |
| 07/12/1999 | | CERTIFICATE OF READINESS of record on appeal mailed to USCA, 11th Circuit and counsel: [67-1] appeal by John Henry Townsend (kcg) (Entered: 07/12/1999) |
| 10/06/1999 | | REQUEST for Record on Appeal from USCA re: [67-1] appeal by John Henry Townsend (dkt clerk) (Entered: 10/07/1999) |
| 10/07/1999 | | Certified and transmitted record on appeal to U.S. Court of Appeals (11th Circuit) as to John Henry Townsend : [67-1] appeal (dkt clerk) (Entered: 10/07/1999) |
| 10/18/1999 | | ACKNOWLEDGEMENT of RECEIPT of RECORD ON APPEAL from USCA Re: [67-1] appeal by John Henry Townsend USCA Number: 99-6044 (kcg) (Entered: 10/18/1999) |
| 11/18/1999 | | Received copy of PER CURIAM; (rendered 11/12/99) of the U.S. Court of Appeals, Eleventh Circuit as to John Henry Townsend, denying the petition for rehearing En Banc. (Before: ANDERSON, Chief Judge, EDMONDSON and MARCUS, Circuit Judges.) (dkt clerk) (Entered: 11/18/1999) |

| | | |
|---|---|---|
| 12/09/1999 | | Record on Appeal returned from U.S. Court of Appeals: [64-1] appeal (kcg) (Entered: 12/09/1999) |
| 12/09/1999 | | Received copy of PER CURIAM OPINION entered 9.2.99 of the USCA, 11th Circuit. (kcg) (Entered: 12/09/1999) |
| 12/09/1999 | 71 | JUDGMENT OF USCA issued as MANDATE on 12.8.99 (certified copy) as to John Henry Townsend Re: [67-1] appeal affirming judgment/order , (kcg) (Entered: 12/09/1999) |
| 12/15/1999 | | **Remove appeal flag - no further appeals pending (kcg) (Entered: 12/15/1999) |
| 02/07/2000 | 72 | MOTION by John Henry Townsend to Vacate under 28 U.S.C. 2255 [72-1] referred to Mag Judge Vanzetta P. McPherson/Anderson. (dkt clerk) (Entered: 02/09/2000) |
| 02/09/2000 | | **Terminated document(s) as to John Henry Townsend : terminating [56-1] motion for Expeditious Hearing on Renewed Motion for New Trial as to John Henry Townsend (1) (dkt clerk) (Entered: 02/09/2000) |
| 02/10/2000 | | Record on Appeal as to John Henry Townsend returned from U.S. Court of Appeals: [67-1] appeal [99-6044-EE] (dkt clerk) (Entered: 04/04/2000) |
| 02/11/2000 | | **Added for John Henry Townsend Attorney Jon A. May for defendant's 2/7/00 2255 motion. (dkt clerk) (Entered: 02/11/2000) |
| 02/11/2000 | 73 | MEMORANDUM by John Henry Townsend in support of [72-1] motion to Vacate under 28 U.S.C. 2255. Referred to Mag. Judge McPherson/Anderson. (dkt clerk) (Entered: 02/11/2000) |
| 02/16/2000 | 74 | ORDER as to John Henry Townsend, Government's Answer to Motion reset for 3/7/00 for John Henry Townsend for [72-1] motion to Vacate under 28 U.S.C. 2255 ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: defendant and counsel; Copies furnished to: USA w/2255 petition (dkt clerk) (Entered: 02/16/2000) |
| 02/25/2000 | | Record on Appeal as to John Henry Townsend returned from U.S. Court of Appeals: [67-1] appeal [97-6884-EE] (dkt clerk) (Entered: 02/25/2000) |
| 02/28/2000 | 75 | NOTICE of Appearance for John Henry Townsend by Attorney John A. May (dkt clerk) (Entered: 02/28/2000) |
| 02/28/2000 | 76 | MOTION by John Henry Townsend for admission Pro Hac Vice - certificate of good standing from the Souther District of Florida dated 2/16/00 attached. ($20.00 fee paid - receipt No 80839 [76-1] referred to Judge Ira De Ment (dkt clerk) (Entered: 02/28/2000) |
| 03/01/2000 | | STAMPED ORDER as to John Henry Townsend granting [76-1] motion for admission Pro Hac Vice - certificate of good standing from the Souther District of Florida dated 2/16/00 attached. ($20.00 fee paid - receipt No 80839 as to John Henry Townsend (1) ( Entered by Judge Ira De Ment ) Copies mailed to: counsel, Copies furnished to: USA,PO,PTSO |

| | | |
|---|---|---|
| | | (dkt clerk) (Entered: 03/01/2000) |
| 03/07/2000 | 77 | MOTION by USA as to John Henry Townsend to Extend Time 30 days to respond to 2255 motion [77-1] referred to Mag Judge Vanzetta P. McPherson (dkt clerk) (Entered: 03/08/2000) |
| 03/13/2000 | 78 | ORDER as to John Henry Townsend granting [77-1] motion to Extend Time 30 days to respond to 2255 motion as to John Henry Townsend (1), Response to Motion reset for 4/7/00 for John Henry Townsend for [72-1] motion to Vacate under 28 U.S.C. 2255 ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: counsel, Copies furnished to: USA, PO (dkt clerk) (Entered: 03/13/2000) |
| 03/27/2000 | | Notice of Change of Address by John Henry Townsend. Reg. No. 10000-002, P.O. Box 5000, Yazoo, MS 39194-5000 (dkt clerk) (Entered: 03/30/2000) |
| 04/04/2000 | | Received copy of PER CURIAM OPINION entered 1/13/00 of the USCA, 11th Circuit. [99-6044-EE] (dkt clerk) (Entered: 04/04/2000) |
| 04/04/2000 | 79 | JUDGMENT OF USCA issued as MANDATE on 2/10/2000 (certified copy) as to John Henry Townsend Re: [67-1] appeal affirming judgment/order John Henry Townsend (1) count(s) 1 Copies mailed to: Defendant, USDC, Copies furnished to: USA, USPO, Finance (dkt clerk) (Entered: 04/04/2000) |
| 04/06/2000 | 80 | RESPONSE by USA as to John Henry Townsend re [72-1] motion to Vacate under 28 U.S.C. 2255. Exhibit A attached consisting of Affidavit of Barry E. Teague; appellee brief; appellant brief; 3/16/99 Per Curiam opinion; 9/2/99 Per Curiam opinion; 1/11/2000 Per Curiam Opinion - referred to Mag Judge Vanzetta P. McPherson (dkt clerk) (Entered: 04/07/2000) |
| 04/27/2000 | 81 | ORDER as to John Henry Townsend, Government's Supplemental Response to Motion reset for 5/15/00 for John Henry Townsend for [72-1] motion to Vacate under 28 U.S.C. 2255 addressing the issues as further set out in order( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: counsel, Copies to: USA (dkt clerk) (Entered: 04/27/2000) |
| 04/27/2000 | | **Terminated attorney Charles F. Teschner for USA (dkt clerk) (Entered: 04/27/2000) |
| 04/27/2000 | | **Added Government Attorney Kent B. Brunson as to John Henry Townsend (dkt clerk) (Entered: 04/27/2000) |
| 05/15/2000 | 82 | SUPPLEMENTAL RESPONSE by USA as to John Henry Townsend re [72-1] motion to Vacate under 28 U.S.C. 2255 referred to Mag Judge Vanzetta P. McPherson (dkt clerk) (Entered: 05/15/2000) |
| 05/23/2000 | 83 | ORDER as to John Henry Townsend, Response to 4/27/00 order reset for 6/5/00 for USA to furnish affidavits from the defendant's trial and appellate counsel which address those claims of ineffective assistance of |

| Date | # | Description |
|---|---|---|
| | | counsel identiied in the 4/27/00 orderfor John Henry Townsend for [72-1] motion to Vacate under 28 U.S.C. 2255 ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: counsel, Copies furnished to: USA (dkt clerk) (Entered: 05/23/2000) |
| 05/24/2000 | 84 | RESPONSE by USA as to John Henry Townsend to [83-1] order Response to 4/27/00 order reset for 6/5/00 for USA to furnish affidavits from the defendant's trial and appellate counsel which address those claims of ineffective assistance of counsel identified in the 4/27/00 order for John Henry Townsend for [72-1] motion to Vacate under 28 U.S.C. 2255 referred to Mag Judge Vanzetta P. McPherson (dkt clerk) (Entered: 05/25/2000) |
| 05/26/2000 | 85 | REPLY by John Henry Townsend to response to [72-1] motion to Vacate under 28 U.S.C. 2255. Referred to Mag. Judge McPherson. (dkt clerk) (Entered: 05/30/2000) |
| 05/31/2000 | 86 | ORDER as to John Henry Townsend, Reply to Response to Motion reset for 6/20/00 for John Henry Townsend for [72-1] motion to Vacate under 28 U.S.C. 2255 ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: counsel, Copies furnished to: USA, PO, PTSO (dkt clerk) (Entered: 06/01/2000) |
| 06/07/2000 | 87 | RESPONSE by USA as to John Henry Townsend's REPLY to Government's Response: Re:[72-1] motion to Vacate under 28 U.S.C. 2255. Referred to Mag. Judge McPherson/Anderson (dkt clerk) (Entered: 06/07/2000) |
| 06/12/2000 | 88 | ORDER as to John Henry Townsend, Reply to Response to Motion reset for <date not set> for John Henry Townsend for [72-1] motion to Vacate under 28 U.S.C. 2255 ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: counsel, Copies furnished to: USA, PO, PTSO (dkt clerk) (Entered: 06/12/2000) |
| 07/03/2000 | | Record on Appeal returned from U.S. Court of Appeals: [67-1] appeal (kcg) (Entered: 07/06/2000) |
| 08/15/2000 | 89 | REPLY by John Henry Townsend to response to [72-1] motion to Vacate under 28 U.S.C. 2255. Referred to Mag. Judge McPherson (dkt clerk) (Entered: 08/15/2000) |
| 08/17/2000 | 90 | ORDER as to John Henry Townsend, Government to file a `Reply to Response to Motion [72-1] motion to Vacate under 28 U.S.C. 2255 ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: defendant, Copies furnished to: USA (dkt clerk) (Entered: 08/17/2000) |
| 08/22/2000 | 91 | ORDER as to John Henry Townsend, Government's response to defendant's Reply to Motion reset for 9/7/00 for John Henry Townsend for [72-1] motion to Vacate under 28 U.S.C. 2255 ( Signed by Mag Vanzetta P. McPherson ) Copies mailed to: counsel, Copies furnished to: USA (dkt clerk) (Entered: 08/22/2000) |

| | | |
|---|---|---|
| 09/05/2000 | 92 | RESPONSE by USA as to John Henry Townsend reply to Government's 6/6/00 response [72-1] motion to Vacate under 28 U.S.C. 2255 (dkt clerk) (Entered: 09/05/2000) |
| 09/08/2000 | 93 | ORDER as to John Henry Townsend, Defendant's Reply to Response to Motion reset for 9/28/00 for John Henry Townsend for [72-1] motion to Vacate under 28 U.S.C. 2255 ( Signed by Mag Vanzetta P. McPherson ) Copies mailed to: counsel, Copies furnished to: USA,PO (dkt clerk) (Entered: 09/08/2000) |
| 09/27/2000 | 94 | REPLY by John Henry Townsend to Government's Sept. 5th response to [72-1] motion to Vacate under 28 U.S.C. 2255; referred to Judge McPherson (dmk) (Entered: 09/28/2000) |
| 07/20/2001 | | **Added party US Marshals Service, U.S. Pretrial, Montgomery U.S. Probation (dkt clerk) (Entered: 07/20/2001) |
| 07/20/2001 | 95 | MOTION by John Henry Townsend for release on Bond pending resolution of petition for writ of habeas corpus [95-1] referred to Mag Judge Vanzetta P. McPherson (dkt clerk) (Entered: 07/20/2001) |
| 07/24/2001 | 96 | ORDER as to John Henry Townsend denying [95-1] motion for release on Bond pending resolution of petition for writ of habeas corpus as to John Henry Townsend (1) ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: counsel, Copies furnished to: USA,PTSO (dkt clerk) (Entered: 07/24/2001) |
| 09/24/2001 | 97 | REPORT AND RECOMMENDATIONS of Mag Judge Vanzetta P. McPherson as to John Henry Townsend Re: 28 USC 2255 motion, Objections Objections due by 10/9/01 [97-1] report and recommendations Copies mailed to: counsel, Copies furnished to: usa, uspo (sql) (Entered: 09/24/2001) |
| 10/09/2001 | 98 | OBJECTION by John Henry Townsend to [97-1] Report and Recommendations of the Magistrate Judge. Referred to Mag. Judge Vanzetta P. McPherson (ws) Modified on 10/09/2001 (Entered: 10/09/2001) |
| 10/09/2001 | 99 | NOTICE of Attorney Change of Address as to John Henry Townsend: Atty. Jon A. May, AutoNation Tower, 110 SE 6th Street, Suite 1970, Ft. Lauderdale, FL 33301 (ws) (Entered: 10/09/2001) |
| 10/16/2001 | 100 | ORDER as to John Henry Townsend overruling defendant's objections; adopting, approving and affirming the Recommendation of the Magistrate Judge; denying [72-1] motion to Vacate under 28 U.S.C. 2255 as to John Henry Townsend (1) ( Signed by Judge Ira De Ment ) Copies mailed to: counsel, Copies furnished to: USA, PO (dkt clerk) (Entered: 10/16/2001) |
| 10/16/2001 | | **Terminated document(s) as to John Henry Townsend : terminating [97-1] report and recommendations Objections Objections due by 10/9/01 [97-1] report and recommendations as to John Henry Townsend (1) (ekl) (Entered: 05/23/2002) |

| | | |
|---|---|---|
| 10/16/2001 | | **Terminated document(s) as to John Henry Townsend : (ws) (Entered: 05/23/2002) |
| 11/15/2001 | 101 | NOTICE OF APPEAL by John Henry Townsend (1) count(s) 1 to U.S. Circuit Court of Appeals, 11th Circuit, from the Order entered on October 16, 2001, denying his Petition for Writ of Habeas Corpus. Copies Provided (kcg) (Entered: 11/16/2001) |
| 11/15/2001 | 102 | MOTION by John Henry Townsend for a Certificate of Appealability [102-1] referred to Judge Ira De Ment (kcg) (Entered: 11/16/2001) |
| 11/16/2001 | | Notice of appeal and certified copy of docket, Judgments/Orders, and Magistrate Judge recommendations as to John Henry Townsend sent to USCA (11th Circuit): [101-1] appeal (kcg) (Entered: 11/16/2001) |
| 11/21/2001 | 103 | ORDER as to John Henry Townsend denying [102-1] motion for a Certificate of Appealability as to John Henry Townsend (1) ( Signed by Judge Ira De Ment ) Copies mailed to: Counsel, USCA, Copies furnished to: USA (kcg) (Entered: 11/21/2001) |
| 11/28/2001 | | USCA Case Number as to John Henry Townsend Re: [101-1] appeal USCA Number: 01-16506-F (kcg) (Entered: 11/28/2001) |
| 01/04/2002 | | USCA appeal fees received FILING FEE $ 105.00 RECEIPT # 90326 as to John Henry Townsend Re: [101-1] appeal (kcg) (Entered: 01/07/2002) |
| 01/04/2002 | | Received Transcript Order Information sheet from Atty. Jon May for John Henry Townsend with the following notation "No transcript is reqired for appeal purposes". (kcg) (Entered: 01/07/2002) |
| 01/16/2002 | | REQUEST for Original Papers from USCA re: [101-1] appeal by John Henry Townsend (kcg) (Entered: 01/18/2002) |
| 01/18/2002 | | Certified and transmitted Original Papers to U.S. Court of Appeals (11th Circuit) as to John Henry Townsend : [101-1] appeal (kcg) (Entered: 01/18/2002) |
| 01/28/2002 | | ACKNOWLEDGEMENT of RECEIPT of Original Papers for John Henry Townsend from USCA Re: [101-1] appeal by John Henry Townsend USCA Number: 01-16506-F (kcg) (Entered: 01/29/2002) |
| 03/07/2002 | | Jury Trial Transcript as to John Henry Townsend sent to USCA per their request. (kcg) (Entered: 03/07/2002) |
| 04/02/2002 | 104 | ORDER as to John Henry Townsend is issued in lieu of the mandate of the United States Court of Appeals, Eleventh Circuit, that Appellant's motion for a certificate of appealability is DENIED because appellant has failed to make a substantial showing of the denial of a constitutional right. (kcg) (Entered: 04/04/2002) |
| 04/02/2002 | | Original Papers returned from U.S. Court of Appeals: [101-1] appeal (kcg) (Entered: 04/04/2002) |

| 04/04/2002 | | **Remove appeal flag - no further appeals pending (kcg) (Entered: 04/04/2002) |