AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

MIDDLE DISTRICT OF ALABAMA

FILED MAY 7 1997

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA

V.

JOHN HENRY TOWNSEND

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: M97-33-N

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ~~March~~ APRIL 30, 1996, in Montgomery county, in the Middle District of Alabama defendant(s) did, (Track Statutory Language of Offense)

did knowingly and intentionally distribute more than 50 grams of cocaine base, a Schedule II controlled substance,

in violation of Title 21 United States Code, Section(s) 841(a)(1).

I further state that I am a(n) Narcotics Detective (Official Title) and that this complaint is based on the following facts:
with the Montgomery Police Dept.

See attached Affidavit.

Continued on the attached sheet and made a part hereof: [X] Yes [ ] No

_J.D. G. #258_
Signature of Complainant

Sworn to before me and subscribed in my presence,

MAY 7, 1997                                        at    MONTGOMERY, ALABAMA
Date                                                      City and State

UNITED STATES MAGISTRATE JUDGE JOHN L. CARROLL
Name & Title of Judicial Officer

_John L. Carroll_
Signature of Judicial Officer

## AFFIDAVIT

I, Tommy Conway, being duly sworn and deposed, state the following:

I am a Narcotics Detective with the Montgomery Police Department. I have been a police officer since 1988.

Since 1993 I have been involved in the investigation of several major drug organizations. During the course of these investigations, I became aware that John Henry Townsend JTC ~~Ronnie White~~ has been dealing substantial quantities of cocaine in Montgomery, Alabama.

On APRIL JTC ~~March~~ 30, 1996, I observed John Henry Townsend distribute approximately 250 grams of cocaine base to a confidential informant in Montgomery, Alabama. At the time, Townsend was paid $7,500 as payment for the cocaine base. I field tested the cocaine and it proved positive. The substance was later tested at the Alabama Forensic Laboratory and proved to be cocaine base.

_____
Affiant

Subscribed and sworn before me this 7th day of May, 1997.

_____
UNITED STATE MAGISTRATE JUDGE