**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 24, 2005

# NOTICE OF CORRECTION

**From:**  Clerk's Office

**Case Style:**  USA vs. John Henry Townsend

**Case Number:**  2:05cv477
Document #1

**This Notice of Correction was filed in the referenced case this date to attach PDFs previously omitted. The PDF documents are attached to this notice for your review.**