# May & Cohen, P.A.

Attorneys at Law
Auto Nation Tower
110 Southeast Sixth Street
Suite 1970
Fort Lauderdale, Florida 33301

Jon May
Carol Cohen

(954) 761-7201 (Voice)
(954) 767-8343 (Fax)
crimlawfed@aol.com

June 3, 2002

John Henry Townsend
Prison No. 10000-002
P.O. Box 5000
Yazoo City, MS 39194

Dear John,

    Enclosed are copies of revised affidavits which I have sent to Ms. Burke and Mr. Woodward. I will need you to prepare an affidavit stating that you provided these names to your attorney before trial and that you asked him to interview them but that he failed to do so.

    We can amend the petition when we get the notarized affidavits.

Sincerely,

Jon May, Esq.