IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2005 JUL 12 A 9:42

JOHN HENRY TOWNSEND,
    Petitioner,

vs                               CIV NO. 2:05cv477-D
                                       WO

UNITED STATES OF AMERICA,
    Respondent.
_____/

## NOTICE OF APPEAL

**COMES NOW** the Petitioner, John Henry Townsend, pro se hereby gives notice that he would like to proceed on appeal to the Eleventh Circuit Court of Appeal of the ailing Senior United States District Judge Ira DeMent's decision of June 29, 2005 denying his motion to Amend his previously filed § 2255.

DATED: This 6 day of July, 2005.

                                          Respectfully Submitted,

                                          John Townsend
                                          Reg. No. 10000-002
                                          P.O. Box 5000
                                          Yazoo City, MS 39194